UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRANSPORT WORKERS UNION OF
AMERICA, AFL/CIO LOCAL 525,

    Plaintiff,

v.                                                     Case No. 6:17-cv-105-Orl37TBS

CENTERRA GROUP LLC,

    Defendant.
_____

## ORDER

In the instant action, the parties move for the redesignation of this case as a Track One case. (Doc. 21.) For the reasons set forth below, the motion is due to be denied.

Plaintiff initiated this action to compel arbitration of a dispute concerning a work schedule provision in a collective bargaining agreement. (*See* Doc. 1.) As is standard practice, the Clerk issued a Related Case Order and designated the instant action as a Track Two case under Local Rule 3.05(b)(2). (*See* Doc. 4.)

The parties now move to redesignate this matter as a Track One case. (Doc. 21 ("**Motion**").) In support, the parties represent that: (1) they agree on all material facts; (2) this case would best be resolved through cross motions for summary judgment based on a stipulated record; and (3) discovery is unnecessary. (*See id.* at 1–2.) Anticipating redesignation, the parties agreed to the following case management schedule: (1) a deadline of **May 11, 2017** for submitting a stipulated record; and (2) a dispositive motions

deadline of **June 1, 2017**, with responses due on or before **June 22, 2017**. (*See* Doc. 21-1.)

In the interest of securing the just, speedy, and inexpensive administration of justice, the Court will enter a Case Management and Scheduling Order consistent with the parties' requests. Hence the Court finds that redesignation is unnecessary and the Motion is due to be denied. The parties are advised that no discovery will be conducted absent leave of the Court. If the Court determines that a hearing is necessary, it will enter the appropriate notice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Case Management Report and Joint Motion to Redesignate Case as Track One (Doc. 21) is **DENIED**.

2. The Court will enter a Case Management and Scheduling Order consistent with this Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 23, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record